## IN THE US COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT



TAITZ

V

ASTRUE

## COURT OF APPEALS NUMBER 11-5304

## US DISTRICT COURT NUMBER 11-CV-00402-RCL

**NOTICE OF DEFAULT/ FAILURE TO RESPOND BY THE APPELLEE**

**MOTION FOR JUDGMENT IN FAVOR OF THE APPELLANT**

Dr. Orly Taitz, ESQ

29839 Santa Margarita, ste 100

Rancho Santa Margarita, CA 92688

Phone 949-683-5411 fax 949-766-7603

Dr. Orly Taitz, ESQ, Appellant herein filed a motion for reconsideration/ motion to recall the mandate due to new evidence and new precedents by this court. This court ordered the Appellee, Commissioner of Social Security Administration to respond by February 11, 2013. As of today, February 18.2013 Appellee did not comply with the court order and failed to respond to the motion. As such Appellant notifies this court the Appellee is in contempt of the court order and in default and therefore the Appellant is respectfully moving this court to grant the Appellants motion for reconsideration /to recall the mandate.

Respectfully submitted

/s/ Orly Taitz, ESQ

Certificate of service

I, Lila Dubert, am over 18 years old, not a party to this case. I attest that I served the Appellee with the attached Notice of Default / Motion for Default Judgment through his Attorney, Helen Gilbert, Deputy U.S. Attorney by first class mail and/or ECF

555 4th Street, NW
Washington, DC
(202) 252-1900

Lila Dubert
02.18.2013