# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 11-5304**     **September Term, 2012**

**1:11-cv-00402-RCL**

**Filed On:** May 3, 2013

Orly Taitz, Dr.,

    Appellant

  v.

Michael James Astrue, Commissioner of the
Social Security Administration,

    Appellee

    **BEFORE:**    Rogers, Griffith, and Kavanaugh, Circuit Judges

### O R D E R

Upon consideration of the motion to recall mandate, styled as a "motion for reconsideration due to new evidence and decisions"; and the motion styled as a "motion for judgment in favor of the appellant," it is

**ORDERED** that the motions be denied. See Goland v. CIA, 607 F.2d 339, 370 (D.C. Cir. 1978) ("[A]n appellate opinion is based on the record before it, and hence cannot be set aside on the basis of newly discovered facts outside the record.").

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Jennifer M. Clark
        Deputy Clerk